UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENDWARD ALTON MIXON, JR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>H. TYSON, et al.,<br><br>　　　　Defendants. | Case No.: 1:16-cv-01868-BAM (PC)<br><br>ORDER GRANTING MOTION TO CORRECT PLAINTIFF'S NAME<br>(ECF No. 7)<br><br>ORDER RE-CAPTIONING CASE |

　　　Plaintiff Lendward Alton Mixon, Jr., is a state prisoner proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction. (ECF No. 6.)

　　　On January 9, 2017, Plaintiff filed a motion indicating that his name is spelled "Lendward" and was not spelled correctly in the case caption. His motion requesting a correction (ECF No. 7.), is GRANTED.

　　　Accordingly, the Court HEREBY ORDERS that the caption shall be amended as reflected above.

IT IS SO ORDERED.

　　Dated:　**January 11, 2017**　　　　　　　　/s/ *Barbara A. McAuliffe*　
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE