# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENDWARD ALTON MIXON, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>H. TYSON, et al.,<br><br>    Defendants. | No. 1:16-cv-01868-DAD-BAM (PC)<br><br>ORDER EXTENDING STAY OF CASE FOR 60 DAYS FOR POST-SCREENING ADR |

Plaintiff Lendward Alton Mixon, Jr., is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 24, 2018, this matter was identified as an appropriate case for post-screening Alternative Dispute Resolution ("ADR"). The matter was set for a conference before the Honorable Stanley A. Boone on August 30, 2018. (Doc. No. 24.) Due to an issue with transportation not at the fault of the parties, the conference was unable to proceed.

Accordingly, it is HEREBY ORDERED that:

1. This action is STAYED for an additional 60 days to allow for rescheduling of the ADR settlement conference. Except as provided herein or by subsequent court order, no other pleadings or other documents may be filed in this case during the stay of this action. The parties shall not engage in formal discovery, but may engage in informal discovery to prepare for the settlement conference;

1

2. Defense counsel shall contact Magistrate Judge Boone's Courtroom Deputy, Mamie Hernandez, at (559) 499-5672 or mhernandez@caed.uscourts.gov, to discuss rescheduling the conference; and

3. The Court shall retain the confidential settlement statements submitted by the parties, and no additional statement is required. The parties are not precluded from providing an updated statement, if they prefer. Further instructions will be provided in the order resetting the ADR settlement conference.

IT IS SO ORDERED.

Dated: **August 30, 2018**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE