UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENDWARD ALTON MIXON, JR.,<br><br>  Plaintiff,<br><br>  v.<br><br>H. TYSON, et al.,<br><br>  Defendants. | No. 1:16-cv-01868-DAD-BAM (PC)<br><br>ORDER THAT INMATE LENDWARD ALTON MIXON, JR. IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Lendward Alton Mixon, Jr., is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on November 16, 2018. Inmate Lendward Alton Mixon, Jr., CDCR #V-69694, is no longer needed as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  **November 16, 2018**

UNITED STATES MAGISTRATE JUDGE